**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES AUSTIN PARKS, | No. CIV S-06-2877-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| DAVID L. RUNNELS, et al., | |
| Respondents. | |
| _____/ | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On May 25, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  Timely objections to the findings and recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  by proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations filed May 25, 2007, are adopted in
4  full;

5  2. Respondents' motion to dismiss (Doc. 11) is denied; and

6  3. Respondents shall file an answer on the merits within 30 days of the date
7  of this order.

8  DATED: July 13, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE