IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES AUSTIN PARKS,** | 2:06-CV-02877 FCD CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELS, et al.,** | |
| Respondents. | |

AFTER CONSIDERATION AND FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including September 12, 2007, in which to file an answer to the Petition for Writ of Habeas Corpus.

August 15, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1