IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN PARKS, | No. CIV S-06-2877-FCD-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DAVID L. RUNNELS, et al., | |
| Respondents. | |
| _____/ | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for an extension of time (Doc. 22). Good cause appearing therefor, the request is granted. The parties may file objections to the court's March 12, 2008, findings and recommendations within 30 days of the date of this order.

   IT IS SO ORDERED.

DATED: March 31, 2008

                               /s/ Craig M. Kellison
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE